UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kimberly Hudson,

                    Plaintiff,

          -against-

Cyberrisk Alliance, LLC,

                    Defendant.

25-CV-9064 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's November 4, 2025, Order, Dkt. 6, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday of the week before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by February 6, 2026.


          SO ORDERED.

Dated: February 5, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge