# KIMMEL & SILVERMAN
P.C.

**1-800-NOT FAIR**
www.creditlaw.com

**CORPORATE HEADQUARTERS**
30 E. Butler Avenue
Ambler, PA 19002
P (215) 540-8888 | F (877) 600-2112

ROBERT M. SILVERMAN +-*
CRAIG THOR KIMMEL +-^

+ *Member, PA Bar*
* *Member, NJ Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♠ *Member, OH Bar*
¶ *Member, NH Bar*
Ω *Member, CT Bar*
« *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
£ *Member, CA Bar*
° *Member, WI Bar*
© *Member, FL Bar*
à *Member, AZ Bar*
» *Member, TX Bar*
§ *Member, MI Bar*
£ *Member, WV Bar*

JACQUELINE C. HERRITT +*#¥-°^♠
ROBERT A. RAPKIN +
ANGELA K. TROCCOLI ^¶Ω
JASON L. GRESHES +*-©^
CHAD P. DOMAN +£♠
JACOB U. GINSBURG +*§
KEVIN A. NOLAND »
LENNY BUSH, *Of Counsel* ¢
AMY L.B. GINSBURG, *Of Counsel* »*#+µ«¢©à

**WESTERN PA OFFICE**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219 | P (412) 566-1001, F (215) 540-8817
**NEW JERSEY OFFICE**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003 | P (856) 429-8334, F (215) 540-8817
**NEW YORK OFFICE**, Two Park Avenue, 20th floor, New York, NY 10016 | P (212) 719-7543, F (877) 617-2515
**BUFFALO, NY OFFICE**, 1967 Wehrle Drive, PMB 219, Suite #3, Buffalo, NY 14221 | P (800) 536-6652, F (877) 600-2112
**OHIO OFFICE**, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431 | P (937) 306-7220, F (215) 540-8817
**TEXAS OFFICE**, 701 Commerce Street, 5th Floor, Dallas, TX 75202 | P (800) 536-6652, F (877) 600-2112
**SAN FRANCISCO, CA OFFICE**, 1160 Battery Street East, Suite 100, #1099 San Francisco, CA 94111 | P (415) 947-7827, F (877) 600-2112
**SAN DIEGO, CA OFFICE**, 600 West Broadway Suite 700, PMB #344, San Diego, CA 92101 | P (619) 785-3003, F (877) 600-2112
**LOS ANGELES, CA OFFICE**, 611 Wilshire Boulevard, Suite 900 #241, Los Angeles, CA 90017| P (213) 340-7770, F (877) 600-2112

**PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE**

February 5, 2026

**VIA CM/ECF SYSTEM**
Hon. Judge Arun Subramanian
United States District Court, Southern District of New York

     **Re:**    **1:25-cv-09064-AS** *Hudson v. CyberRisk Alliance, LLC*
         **Letter Motion for Adjournment of February 10, 2026 Pretrial Conference**

To the Honorable Judge Subramanian,

Plaintiff, Kimberly Hudson is in receipt of the Court's Order that the parties in this case file their joint letter by February 6, 2026 (ECF 11), as they were originally directed to do by February 4, 2026 in the Court's November 4, 2025 order (ECF 6). Plaintiff recognizes that she should have contacted the court sooner regarding this matter, and apologizes for her lapse in timeliness.

While the Defendant in this case has been served (ECF 9), it has neither filed an answer nor entered an appearance. Plaintiff's counsel are in communication with counsel who have represented Defendant previously, and who have advised that they have not been retained in this matter. Plaintiff's counsel are still in the process of connecting with Defendant.

Accordingly, Plaintiff respectfully requests that the Court adjourn the pretrial conference currently set for February 10, 2026 and stay the parties' deadline to submit their joint letter until counsel for Defendant have entered an appearance.

*The Initial pre-trial conference is rescheduled to Thursday, March 12 at 3:30 p.m. ET. Dial in instructions remain the same. Should defendant fail to enter an appearance with this extension, plaintiff should move for a default judgment. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.*

Sincerely,

Jacob U. Ginsburg, Esq.

*SO ORDERED.*

Arun Subramanian, U.S.D.J.
Date: February 6, 2026