# KIMMEL & SILVERMAN
### P.C.

**1-800-NOT FAIR**
www.creditlaw.com

ROBERT M. SILVERMAN +-*
CRAIG THOR KIMMEL +-^

+ *Member, PA Bar*
* *Member, NJ Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♣ *Member, OH Bar*
¶ *Member, NH Bar*
Ω *Member, CT Bar*
" *Member, TN Bar*
ᴮ *Member, WY Bar*
¥ *Member, DC Bar*
€ *Member, CA Bar*
° *Member, WI Bar*
© *Member, FL Bar*
à *Member, AZ Bar*
» *Member, TX Bar*
§ *Member, MI Bar*
£ *Member, WV Bar*

JACQUELINE C. HERRITT +*#¥-°^♣
ROBERT A. RAPKIN +
ANGELA K. TROCCOLI ^¶Ω
JASON L. GRESHES +*-©^
CHAD P. DOMAN +£♣
JACOB U. GINSBURG +*§
KEVIN A. NOLAND »
LENNY BUSH, *Of Counsel* €
AMY L.B. GINSBURG, *Of Counsel* »*#+µ«€©à

**CORPORATE HEADQUARTERS**
30 E. Butler Avenue
Ambler, PA 19002
P (215) 540-8888 | F (877) 600-2112

**WESTERN PA OFFICE**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219 | P (412) 566-1001, F (215) 540-8817
**NEW JERSEY OFFICE**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003 | P (856) 429-8334, F (215) 540-8817
**NEW YORK OFFICE**, Two Park Avenue, 20th floor, New York, NY 10016 | P (212) 719-7543, F (877) 617-2515
**BUFFALO, NY OFFICE**, 1967 Wehrle Drive, PMB 219, Suite #3, Buffalo, NY 14221 | P (800) 536-6652, F (877) 600-2112
**OHIO OFFICE**, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431 | P (937) 306-7220, F (215) 540-8817
**TEXAS OFFICE**, 701 Commerce Street, 5th Floor, Dallas, TX 75202 | P (800) 536-6652, F (877) 600-2112
**SAN FRANCISCO, CA OFFICE**, 1160 Battery Street East, Suite 100, #1099 San Francisco, CA 94111 | P (415) 947-7827, F (877) 600-2112
**SAN DIEGO, CA OFFICE**, 600 West Broadway Suite 700, PMB #344, San Diego, CA 92101 | P (619) 785-3003, F (877) 600-2112
**LOS ANGELES, CA OFFICE**, 611 Wilshire Boulevard, Suite 900 #241, Los Angeles, CA 90017| P (213) 340-7770, F (877) 600-2112

**PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE**

February 6, 2026

**<u>VIA CM/ECF SYSTEM</u>**
Hon. Judge Arun Subramanian
United States District Court, Southern District of New York

> **Re:**   **1:25-cv-09064-AS** *Hudson v. CyberRisk Alliance, LLC*
> **Updated Letter Motion for Adjournment of February 10, 2026 Pretrial Conference**

To the Honorable Judge Subramanian,

Plaintiff, Kimberly Hudson is in receipt of the Court's Order that the parties in this case file their joint letter by February 6, 2026 (ECF 11), as they were originally directed by the Court's November 4, 2025, order to do by February 4, 2026 (ECF 6). First and foremost, counsel apologizes to the Court for missing this deadline.

While the Defendant in this case has been served (ECF 9), it has neither filed an answer nor entered an appearance. Plaintiff's counsel have reached out to counsel who represented Defendant in a previous matter, and was advised that they were not retained in this matter. Plaintiff's counsel are still in the process of trying to connecting with a representative of Defendant because counsel believes the professional and prudent thing is to exhaust all such efforts before moving for default.

Accordingly, Plaintiff respectfully requests that the Court adjourn the pretrial conference currently set for February 10, 2026 to another date in February and also extend the date to submit a joint letter to the court. If counsel does not connect with Defendant before the new date, counsel will then move for default and potentially seek classwide discovery. Last, Plaintiff recognizes that this request should have been made earlier, and apologizes to the Court.

The Court already addressed these issues in its endorsement on plaintiff's first motion. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 9, 2026

Sincerely,

Jacob U. Ginsburg, Esq.