UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kimberly Hudson,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CyberRisk Alliance, LLC,<br><br>                    Defendant. | 25-CV-9064 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's motion for a default judgment is DENIED WITHOUT PREJUDICE. The motion does not comply with the requirements of the Court's Individual Practices in Civil Cases, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Plaintiff may re-file the motion within 14 days of this order.

The initial pre-trial conference is hereby CANCELLED.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 17.

SO ORDERED.

Dated: March 3, 2026
       New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge