**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIMBERLY HUDSON,

    *Plaintiff,*

v.

CYBERRISK ALLIANCE, LLC,

    *Defendant.*

Case No.: 1:25-cv-09064

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT CLASS CERTIFICATION AND DAMAGES DISCOVERY**

**THIS MATTER** having been opened to the Court by Plaintiff's Motion for Leave to Conduct Class Certification and Damages Discovery, and the Court having considered said Motion; and the Court having considered the papers submitted by Plaintiff in support of said Motion, and any papers submitted by Defendant in opposition thereto; and for good cause having been shown, it is hereby **ORDERED** that Plaintiff's Motion for Leave to Conduct Class Certification and Damages Discovery is **GRANTED.**

Plaintiff shall have 120 days from the date of this order to conduct Class Certification and damages related discovery, including third-party discovery as necessary.

Plaintiff is permitted to seek a default judgment, both as to the individual Plaintiff and/or the putative Classes, within 45 days after completion of Class Certification and damages discovery.

Dated March 27, 2026
_____

_____
Hon. Arun Subramanian
United States District Judge