UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY HUDSON,

Plaintiff,

-against-

CYBERRISK ALLIANCE, LLC,

Defendant.

25-CV-9064 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On March 27, 2026, this Court granted plaintiff's motion for leave to conduct class certification and damages discovery. Dkt. 25. In that order, the Court gave plaintiff 120 days "to conduct Class Certification and damages related discovery" and 45 days after that to "seek a default judgment." Since then, nothing has been filed.

The Court hereby ORDERS plaintiff to file a letter with the Court on or before September 16, 2026, detailing the status of the case and apprising the Court as to plaintiff's next steps.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge