UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY HUDSON,

Plaintiff,

-against-

CYBERRISK ALLIANCE, LLC,

Defendant.

25-CV-9064 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Ahead of tomorrow's hearing, plaintiff is hereby ORDERED to send the defendant the Court's September 22, 2026, order scheduling the default judgment hearing, Dkt. 30, by email at contactus@cyberriskalliance.com (or any other email known to be operated and monitored by the defendant). Plaintiff is also ORDERED to call defendant's phone number (347-934-2544) to advise them of the hearing.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge