**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY HUDSON,<br>*Plaintiff*,<br>v.<br>CYBERRISK ALLIANCE, LLC,<br>*Defendant*. | Case No.: 1:25-cv-09064-AS<br>**[~~PROPOSED~~ XXXXXXX] DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)(2)** |

ARUN SUBRAMANIAN, United States District Judge

This Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA") matter was commenced by Plaintiff Kimberly Hudson against Defendant CyberRisk Alliance, LLC on October 31, 2025, originally styled as a putative class-action. Dkt. 1. The Summons and Complaint was personally served on the Defendant, CyberRisk Alliance, LLC on December 11, 2025, through its registered agent. Dkt. 9. Where Defendant failed to answer or otherwise respond, the Clerk of Court entered default against Defendant on March 12, 2026. Dkt. 23. Where discovery served by Plaintiff's counsel received no response and no representative or attorney responded to Plaintiff's counsel's overtures, Plaintiff opted not to pursue class certification, but to seek an individual judgment only. Dkt. 27.

On September 18, 2026, Plaintiff moved for default judgment against Defendant CyberRisk. Dkt. 29. Plaintiff identified, described and presented evidence of receiving seven (7) SMS messages from Defendant, which were made for the purpose of soliciting Defendant's event and services. Dkt. 29-2 ¶¶ 10-13; Dkt. 29-4. Plaintiff also presented evidence that her number was registered on the National Do-Not-Call Registry, and certified she did not provide any consent or permission to receive those marketing messages, or have any business relationship with CyberRisk. Dkt. 29-3; Dkt. 29-2 ¶¶ 6-8. Plaintiff also certified she used the phone which received the offending messages for residential purposes, such as communicating with friends and family. Dkt. 29-2 ¶ 5.

The Court finds Plaintiff has satisfied the elements to prevail on her TCPA claim under 47 U.S.C. § 227(c)(5) for a total of seven communications. Moreover, Plaintiff alleged that the defendant's violations were done "willfully and

knowingly" and presented evidence and argument for same. Dkt. 29-1 at 8-9; Dkt. 29-2 ¶¶ 15-17.

For those reasons, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Kimberly Hudson against Defendant CyberRisk Alliance, LLC in the amount of $10,500.

The Clerk of Court is directed to enter said judgment and close the case.

**SO ORDERED**.

Dated: October 14, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge